

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Hannan Isaac Joseph,

Vs. No. 11-25-00141-CR

The State of Texas,

\* From the 259th District Court
of Jones County,
Trial Court No. CR-027960.

\* July 3, 2025

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.